# UNITED STATES DISTRICT COURT

for the

District of Alaska ▾

_____ Division



**RECEIVED**

MAR 14 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

DERRICK NEVAK

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CHRIS TARSITANO GENERAL MANAGER,
NANA MANAGEMENT SERVICES

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:24-cv-00058-SLG

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | DERRICK NEVAK |
| Address | 1749 SKILAK CIRCLE |

| | | |
|---|---|---|
| ANCHORAGE | AK | 99504 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ANCHORAGE |
| Telephone Number | 206-913-9333 |
| E-Mail Address | NEVAKDERRICK@GMAIL.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CHRIS TARSITANO |
| Job or Title *(if known)* | GENERAL MANAGER |
| Address | 3700 SHARON GAGNON LANE |

| | | |
|---|---|---|
| ANCHORAGE | AK | 99508 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ANCHORAGE |
| Telephone Number | 609-703-5345 |
| E-Mail Address *(if known)* | CHRIS.TARSITANO@NMSUSA.COM |

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | NANA MANAGEMENT SERVICES |
| Job or Title *(if known)* | |
| Address | 800 EAST DIMOND BLVD |

| | | |
|---|---|---|
| ANCHORAGE | AK | 99515 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | ANCHORAGE |
| Telephone Number | 907-273-2400 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [✓] Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
3700 SHARON GAGNON LANE
ANCHORAEG, AK 99508

B. What date and approximate time did the events giving rise to your claim(s) occur?
AUGUST 25 - DECEMBER 20TH

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I've been treated with discrimination since I first met Mr. Tarsitano. August 2023, I was interviewed two times for management by phone as I resided in WA. I had relocated from my executive sous position to AK to also take this job. I was interviewed by Chris on August 18; he revoked my management job offer as I was trapped in Alaska. I had continued working a lower ranked job as he gave me a 90 day assessment that he also revoked after 90 days. I was promoted to management by Executive Mark Maccherola within 2 weeks. I had raised this matter to Chris who revoked my promotion. I continued working several long weeks of 55-65 hours. I did have 3 accidental clock-in issues occurring in November producing a few hours of discrepancy. Chris assured several times that I was not trustworthy emphatically on 11/23/2023 Thanksgiving, my birthday citing, "Nothing's going to happen until I can trust you." Denying keys to access work areas, the time issue was ultimately resolved by a written warning on December 18th. I then emailed Chris about issues regarding a protected class. Finally, the executive context of communication reveals that on December 20th at 12:33 pm, Kim Belcher AGM delivered my terminated employment for raising up protected class issues to Chris who had fired me.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Sustained defamation, social and financial losses of life with no remedies.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.
I would like the court to administer justice and implement the standard $300,000.00 which is calculated by the EEOC for companies with more than 300 employees. I also ask the court to evaluate the wreckless punitive damages caused in this dispute between an Alaskan Native and an Alaskan Native Corporation. I would like this court to enforce the laws to protect the future in this new age.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            02/28/2024

Signature of Plaintiff        Derrick Nevak

Printed Name of Plaintiff     Derrick Nevak

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address



**USPS PRIORITY MAIL**

DERRICK JON NEVAK
1749 SKILAK CIR
ANCHORAGE AK 99504-2754

Ship Date: 03/11/24
Flat Rate Env

PRIORITY MAIL
U.S. POSTAGE PAID
Shippo
ePostage

U.S. DISTRICT COURT - DISTRICT OF
ALASKA
C/O CLERK OF COURT
ROOM 229 BOX/
222 W 7TH AVE STOP 4
ANCHORAGE AK 99513-7504

USPS SIGNATURE TRACKING # EP

9210 8903 3320 0030 0001 1198 98

shippo

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14F July 2022
OD: 12 1/2 x 9 1/2

**TRACKED ▪ INSURED**

PS00001000014

FLAT ONE RATE

This package is made from post-consumer waste. Please recycle - again.